DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CYNTHIA WALSH JOSEPH,**
Appellant,

v.

**BOHEMI CHIC, INC.,**
Appellee.

No. 4D2023-0725

[April 18, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE21-19716.

Philip D. Parrish of Philip D. Parrish, P.A., Miami, and Jorge P. Gutierrez of The Gutierrez Firm, Coral Gables, for appellant.

Michael J. Dono and Elisha M. Sullivan of Hamilton, Miller & Birthisel, LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***